# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

14-3882

Mark Balsam, et al v. Secretary of the State of NJ

2-14-cv-01388

## O R D E R

The Court has received the Reply Brief with Supplemental Appendix attached from **Rebecca Feldman, William Conger, Tia Williams, Hans Henkes, Independent Voter Project, Mark Balsam, Charles Donahue, Jaime Martinez, Committee for a Unified Independent Party Inc**.

**The appendix does not comply with the following Court requirements:**

<u>Form of Appendix</u>- The following aspect(s) of the appendix is/are noncompliant:

**.** Supplemental appendix attached filed without a motion for leave to file

In order to cure errors with respect to FORM, **Rebecca Feldman, William Conger, Tia Williams, Hans Henkes, Independent Voter Project, Mark Balsam, Charles Donahue, Jaime Martinez, Committee for a Unified Independent Party Inc** must electronically file a motion for leave to file supplemental appendix attached to reply brief with a Certificate of Service attached.

**Counsel or the party(ies) must correct the above listed deficiencies by 12/29/2014. No action will be taken on the document until the error(s) has (have) been corrected.**

**Pursuant to 3rd Cir. LAR Misc. 107.3 and 3rd Cir. LAR Misc. 113, if a party fails to comply with the electronic filing requirements, despite notice by the Clerk, the Court may impose sanctions. Such sanctions include, but are not limited to, imposition of costs, disciplinary sanctions, and dismissal of the case.**

For the Court,

*Marcia M. Waldron*

Marcia M. Waldron, Clerk
Date:  12/22/2014

cc:    **Dave Frohnmayer, Esq.**
**Samuel Gregory, Esq.**
**Harry Kresky, Esq.**
**Stephen A. Loney Jr., Esq.**
**Eric S. Pasternack, Esq.**
**S. Chad Peace, Esq.**
**Richard T. Robol, Esq.**

**For questions please call 267-299-4940, or contact the Briefing Department of the Clerk's Office at 215-597-2995, option 2.**