UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT
December 8, 2014
ACO-021

No. 14-3882

MARK BALSAM, ET AL, Appellants

v.

SECRETARY OF THE STATE OF NEW JERSEY

(D.N.J. No. 14-cv-01388)

Present: CHAGARES, Circuit Judge

1. Motion filed by Massachusetts Coalition of Independent Voters, et al. for Leave to Proceed as Amicus Curiae in Support of Appellant.

Respectfully,
Clerk/eaf

_____ORDER_____
The foregoing unopposed motion is hereby granted.

By the Court,

s/ Michael A. Chagares
Circuit Judge

Dated: December 23, 2014

MS/cc: All counsel/parties of record